# JULIEN MIRER & SINGLA, PLLC

ATTORNEYS AT LAW
1 WHITEHALL ST., 16TH FLOOR
NEW YORK, NEW YORK 10004

| | | |
|---|---|---|
| JEANNE MIRER<br>RETU SINGLA | TELEPHONE: (212) 231-2235 | RIA JULIEN |

April 5, 2023

**<u>VIA ECF</u>**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals, Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re: *Bloomberg v. The New York City Department of Education*
       Case No. 22-343

Dear Ms. Wolfe:

  Pusuant to Local Rule 31.2(a)(1)(A), appellant Jill Bloomberg respectfully requests that this Court designate June 23, 2023, as the deadline for appellants' opening brief. That date is 91 days after the date when appellant filed a certificate that no transcript was ordered.

      Respectfully Submitted,

      <u>*/s/ Jeanne Mirer*</u>
      Jeanne Mirer

cc: All counsel of record via ECF