UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of April, two thousand twenty-three,

_____

Jill Bloomberg,

    Plaintiff - Appellant,

v.

The New York City Department of Education, Carmen Farina,

    Defendant - Appellee.

_____

**ORDER**
Docket Number: 23-343

    A notice of appeal was filed on March 10, 2023. The Appellant's Acknowledgment and Notice of Appearance Form due March 29, 2023 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective April 19, 2023 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court