**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 04, 2023<br>Docket #: 23-343<br>Short Title: Bloomberg v. The New York City Department of Education | DC Docket #: 17-cv-3136<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Cave<br>DC Judge: Gardephe |

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8612.