

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jamison Davies**
*Senior Counsel*
Phone: (212) 356-2490
Fax: (212) 356-1148
jdavies@law.nyc.gov

June 27, 2023

By ECF

Clerk of the Court
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: *Bloomberg v. New York City Department of Education*
     Docket No. 23-343

To the Clerk of Court:

  This office represents defendants-appellees the New York City Department of Education and Carmen Farina in this appeal. In accordance with this Court's Local Rule 31.2(a)(1)(B), please accept this letter as the City's request that their brief be due on September 22, 2023, which is 91 days from the filing of the appellant's brief.

  Thank you for your attention to this matter.

                Respectfully submitted,

                /s/

                Jamison Davies
                Assistant Corporation Counsel

cc: All counsel (*via ECF*)