## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Bloomberg v. New York City Dep't of Educ.　　　Docket No.: 23-343

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Nicolas Y. Riley

Firm: Dept. of Justice, Civil Rights Div., Appellate Section

Address: Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044

Telephone: 202-353-5001　　　Fax: 202-514-8490

E-mail: Nicolas.Riley@usdoj.gov

Appearance for: Amicus Curiae United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Appellant )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/27/2018　OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Nicolas Y. Riley

Type or Print Name: Nicolas Y. Riley