## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Bloomberg v. The New York City Department of Education**  Docket No.: **23-343**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Devin Slack**

Firm: **New York City Law Department**

Address: **100 Church Street, New York, New York 10007**

Telephone: **212-356-0817**  Fax:

E-mail: **dslack@law.nyc.gov**

Appearance for: **NYC Department of Education, Carmen Farina/Respondents**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: **Jamison Davies / NYC Law Department** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **July 9, 2019**  OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Devin Slack**

Type or Print Name: **Devin Slack**