# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** No. 23-343

**Motion for:** leave to participate in oral argument

**Caption [use short title]:** Bloomberg v. The New York City Department of Education

Set forth below precise, complete statement of relief sought:

The United States seeks leave to participate in oral argument as amicus curiae in support of plaintiff-appellant on time ceded by plaintiff-appellant.

**MOVING PARTY:** United States of America, as amicus curiae

**OPPOSING PARTY:**

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Noah B. Bokat-Lindell

**OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

U.S. Department of Justice, Civil Rights Division, Appellate Section

Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044-4403

(202) 598-0243 / noah.bokat-lindell@usdoj.gov

**Court- Judge/ Agency appealed from:** U.S. District Court for the Southern District of New York, Judge Cave and Judge Gardephe

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: January 25, 2024

**Signature of Moving Attorney:**
s/ Noah B. Bokat-Lindell **Date:** 11/29/23 **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 23-343

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

JILL BLOOMBERG,

Plaintiff-Appellant

v.

THE NEW YORK CITY DEPARTMENT OF EDUCATION,
CARMEN FARINA,

Defendants-Appellees

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

UNOPPOSED MOTION FOR THE UNITED STATES AS AMICUS CURIAE TO
PARTICIPATE IN ORAL ARGUMENT

_____

| | |
|---|---|
| DAMIAN WILLIAMS<br>  United States Attorney | KRISTEN CLARKE<br>  Assistant Attorney General |
| DAVID J. KENNEDY<br>BENJAMIN H. TORRANCE<br>ADAM M. GITLIN<br>  Assistant United States Attorneys<br>  U.S. Attorney's Office<br>  Southern District of New York<br>  86 Chambers Street<br>  3rd Floor<br>  New York, NY 10007 | NICOLAS Y. RILEY<br>NOAH B. BOKAT-LINDELL<br>  Attorneys<br>  Department of Justice<br>  Civil Rights Division<br>  Appellate Section<br>  Ben Franklin Station<br>  P.O. Box 14403<br>  Washington, D.C. 20044-4403<br>  (202) 598-0243 |

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the United States respectfully seeks permission as amicus curiae to participate in oral argument in this appeal. In support of this motion, the United States provides as follows:

1. On June 30, 2023, the United States filed its brief as amicus curiae.

2. On November 20, 2023, this Court scheduled oral argument in this case for January 25, 2023.

3. This appeal concerns Title VI of the Civil Rights Act, 42 U.S.C. 2000d *et seq*. The United States, through the Attorney General, has a direct role in enforcing Section 8(i), 42 U.S.C. 2000d-1, and coordinates the implementation and enforcement of Title VI by federal agencies, *see* Exec. Order No. 12,250, 3 C.F.R. 298 (1981); 28 C.F.R. 0.51. Additionally, the Department of Education ensures compliance with Title VI in the operation of programs and activities that receive its financial assistance, such as public schools and colleges and universities. *See* 42 U.S.C. 2000d-1; 34 C.F.R. Pt. 100.

4. Because of the federal government's interest in the proper interpretation of Title VI, the United States filed a brief as amicus curiae in support of plaintiff-appellant Jill Bloomberg on two principal issues: (1) whether retaliation claims are cognizable under Title VI, and (2) whether the limitation of Title VI liability in Section 604 of the Civil Rights Act applies to a Title VI claim of retaliation for making a complaint about race discrimination when the complaint does not

concern an "employment practice" within the meaning of Title VII and could not give rise to a Title VII claim. The United States has a strong interest in the resolution of this appeal and believes that its participation in oral argument will be helpful to the Court.

5. Counsel for plaintiff-appellant Jill Bloomberg consents to the United States' request to participate in oral argument and has agreed to cede five minutes of her argument time to the United States. Therefore, the United States' participation in oral argument will not affect the overall time allotted for this case.

6. Counsel for defendant-appellee New York City Department of Education does not oppose the United States' participation.

- 3 -

WHEREFORE, the United States respectfully requests that this Court grant it leave to participate as amicus curiae in oral argument in this appeal.

Respectfully submitted,

| | |
|---|---|
| DAMIAN WILLIAMS<br>  United States Attorney | KRISTEN CLARKE<br>  Assistant Attorney General |
| DAVID J. KENNEDY<br>BENJAMIN H. TORRANCE<br>ADAM M. GITLIN<br>  Assistant United States Attorneys<br>  U.S. Attorney's Office<br>  Southern District of New York<br>  86 Chambers Street<br>  3rd Floor<br>  New York, NY 10007 | s/ Noah B. Bokat-Lindell<br>NICOLAS Y. RILEY<br>NOAH B. BOKAT-LINDELL<br>  Attorneys<br>  Department of Justice<br>  Civil Rights Division<br>  Appellate Section<br>  Ben Franklin Station<br>  P.O. Box 14403<br>  Washington, D.C. 20044-4403<br>  (202) 598-0243 |

# CERTIFICATE OF COMPLIANCE

I certify that the attached UNOPPOSED MOTION FOR THE UNITED STATES AS AMICUS CURIAE TO PARTICIPATE IN ORAL ARGUMENT:

(1) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because the motion, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), contains 381 words; and (2) complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365, in 14-point Times New Roman font.

                                                    s/ Noah B. Bokat-Lindell
                                                    NOAH B. BOKAT-LINDELL
                                                       Attorney

Date: November 29, 2023