UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

---

Jill Bloomberg,

    Plaintiff - Appellant,

v.

The New York City Department of Education, Carmen Farina,

    Defendants - Appellees.

**ORDER**
Docket No. 23-343

---

United States of America moves for leave to participate in oral argument set for Thursday, January 25, 2024.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court