**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: October 03, 2024
Docket #: 23-343cv
Short Title: Bloomberg v. The New York City Department of Education

DC Docket #: 17-cv-3136
DC Court: SDNY (NEW YORK CITY)
DC Judge: Cave
DC Judge: Gardephe

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.