# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand twenty-four.

Before:        Raymond J. Lohier, Jr.,
                  Eunice C. Lee,
                  Myrna Pérez,
                        *Circuit Judges*.

_____

| | |
|---|---|
| Jill Bloomberg, | **JUDGMENT** |
|     Plaintiff - Appellant, | Docket No. 23-343 |
| v. | |
| The New York City Department of Education, Carmen Farina, | |
|     Defendants - Appellees. | |

_____

    The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part and VACATED in part, and the case is REMANDED for further proceedings consistent with this Court's opinion.

                                                        For the Court:
                                                         Catherine O'Hagan Wolfe,
                                                         Clerk of Court